```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


LOUIS BENITEZ                                    CIVIL ACTION


VERSUS                                           NO: 09-6821


MICHAEL J. ASTRUE,                               SECTION: R(3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION
```

### ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation (R. Doc. 23), hereby approves the Report and adopts it as its opinion.

Accordingly, plaintiff's motion for summary judgment is DENIED, the Commissioner's cross-motion for summary judgment is GRANTED, and plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 9th day of March, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE